UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MINNESOTA LIFE INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> NANCY E. RATH HUNTER and YVONNE J. RATH, <br><br> Defendants, <br><br> and <br><br> YVONNE J. RATH <br><br> Counter-Plaintiff <br><br> v. <br><br> MINNESOTA LIFE INSURANCE CO. <br><br> Counter-Defendant | Case No. 05-cv-4125-JPG |

## JUDGMENT IN A CIVIL CASE

The parties having settled this case,

**IT IS ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**.

DATE: May 16, 2007

**NORBERT G. JAWORSKI, CLERK**

_____
**By:s/Deborah Agans, Deputy Clerk**

APPROVED:  s/ J. Phil Gilbert
          J. PHIL GILBERT
          U.S. District Judge